

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Patricia Cantu v. Frye and Associates, PLLC

Appellate case number:   01-12-00868-CV

Trial court case number:  1066038

Trial court:              189th District Court of Harris County

The Mediation Order dated October 17, 2012 is **withdrawn**.

It is so ORDERED.

Judge's signature: /s/ Justice Michael Massengale
                  ☑ Acting individually    ☐ Acting for the Court

Date:  January 8, 2013